**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Barry Jay Esterman                                CHAPTER 13
                        Debtor(s)

                                                         BKY. NO. 24-12280 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ 
PA Eastern BK
25 Jul 2024, 16:07:22, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322

Document ID: a1996e49c74a68796d810160651565d96ac55d4efd28bc06c100d343c455c595