IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BARRY J. ESTERMAN,**          :   CHAPTER 13
                   :
  **Debtor.**               :   BANKRUPTCY NO. 24-12280-amc

**ORDER**

AND NOW, upon consideration of the Debtor's Application for a Further Extension of Time to File Creditor Address Matrix, Schedules AB – J, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income (B 122C-1 form), Summaries, Chapter 13 Plan, and Any Other Bankruptcy Documents Due per the Order Requiring Documents entered on July 2, 2024, it is hereby **ORDERED** that the Debtor's Application for a Further Extension is **GRANTED**, and the time is extended until August 7, 2024, in which the Debtor must complete and file the documents.

                    BY THE COURT:

Date: Aug. 5, 2024             _____
                     HONORABLE ASHELY M. CHAN
                     CHIEF U.S. BANKRUPTCY JUDGE