IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BARRY J. ESTERMAN,**         :   CHAPTER 13
                               :
　**Debtor.**                   :   BANKRUPTCY NO. 24-12280-amc

## ORDER

AND NOW, upon consideration of the Debtor's Application for a Second Further Extension of Time to File Creditor Address Matrix, Schedules AB – J, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income (B 122C-1 form), Summaries, Chapter 13 Plan, and Any Other Bankruptcy Documents Due per the Order Requiring Documents entered on July 2, 2024, it is hereby **ORDERED** that the Debtor's Application for an Extension is **GRANTED**, and the time is further extended until August 12, 2024, in which the Debtor must complete and file the documents.

BY THE COURT:

Date:  Aug. 14, 2024

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE