United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12280-amc |
| Barry Jay Esterman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barry Jay Esterman, 9164 Old Newtown Road, Philadelphia, PA 19115-4937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| ROGER V. ASHODIAN | on behalf of Debtor Barry Jay Esterman ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

BARRY J. ESTERMAN,  : CHAPTER 13
  :
Debtor.  : BANKRUPTCY NO. 24-12280-amc

ORDER

AND NOW, upon consideration of the Debtor's Application for a Second Further Extension of Time to File Creditor Address Matrix, Schedules AB – J, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income (B 122C-1 form), Summaries, Chapter 13 Plan, and Any Other Bankruptcy Documents Due per the Order Requiring Documents entered on July 2, 2024, it is hereby **ORDERED** that the Debtor's Application for an Extension is **GRANTED**, and the time is further extended until August 12, 2024, in which the Debtor must complete and file the documents.

BY THE COURT:

Date: Aug. 14, 2024

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE