**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  Case No. 24-12280-amc
  Chapter 13
Bary Jay Esterman
Debtor

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion of First Age, LLC to restrict public access and to authorize filing of replacement Proof of Claim 2;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) at Claim 2-1 fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim 2-1 filed on September 9, 2024 on the Claims Register forthwith; and

3. First Age, LLC shall file redacted copies of the document(s), identified in Paragraph 2 within 7 days of the entry of this Order.

**BY THE COURT:**

Date: Sept. 13, 2024

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge