United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12280-amc

Barry Jay Esterman                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Jay Esterman, 9164 Old Newtown Road, Philadelphia, PA 19115-4937 |
| cr | + | First Age, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 14910450 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14925134 | + | First Age, LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14915481 | + | PECO - Bankruptcy Unit, 2301 Market Street, S4-1, Philadelphia, PA 19103-1338 |
| 14915483 | + | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14940473 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14915477 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax and Revenue Unit, 1401 John F. Kennedy Boulevard, 5th Floo, Philadelphia, PA 19102 |
| 14910208 | ^ MEBN | Nov 02 2024 00:13:55 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14922604 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14915478 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Deutsche Bank National Trust Company, as Trustee for BCAP LLC, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14924581 | ^ MEBN | Nov 02 2024 00:13:56 | First Age LLC, c/o Statebridge Company, LLC, 6061 S. Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 14915479 | ^ MEBN | Nov 02 2024 00:13:53 | KML Law Group, P.C., 701 Market Street, Suite 5000, Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14915480 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

|  |  | Nov 02 2024 00:38:00 | Nationstar Mortgage LLC, PO Box 619098, Dallas, TX 75261-9098 |
| 14915484 | ^ MEBN | | |
|  |  | Nov 02 2024 00:13:22 | Philadelphia Gas Works, 800 West Montgomery Avenue, Attention: Bankruptcy Department 3F, Philadelphia, PA 19122-2806 |
| 14915482 | + Email/Text: bankruptcy@philapark.org | | |
|  |  | Nov 02 2024 00:39:00 | Philadelphia Parking Authority, Attention: Bankruptcy Department, 701 Market Street, Suite 5400, Philadelphia, PA 19106-1558 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. JONES | on behalf of Creditor First Age  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ROGER V. ASHODIAN | on behalf of Debtor Barry Jay Esterman ecf@schollashodian.com |
| STEVEN K. EISENBERG | on behalf of Creditor First Age  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **BARRY J. ESTERMAN,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 24-12280-amc** |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esquire, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

> (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

(b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed Chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT:

Date: Nov. 1, 2024

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE