IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BARRY J. ESTERMAN,** : CHAPTER 13
:
   Debtor. : BANKRUPTCY NO. 24-12280-amc

### NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor, has filed an Application seeking an award of compensation of $3,000.00 for the firm's legal services rendered to the Debtor in the above-captioned case. Any Objections to this Application must be filed and served upon us within fourteen (14) days from February 12, 2025, on which date the Application was filed (therefore, any Objections to this Application must be filed and served upon us by no later than February 26, 2025). A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor. Other interested parties can obtain a copy upon request.

                REGIONAL BANKRUPTCY CENTER OF
                SOUTHEASTERN PA, P.C., by:

Date: February 12, 2025

                Roger V. Ashodian
                Attorney ID #42586
                101 West Chester Pike, Suite 1A
                Havertown, PA  19083
                (610) 446-6800

                <u>Attorney for Debtor</u>