IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BARRY J. ESTERMAN,**  :  CHAPTER 13
:
   **Debtor.**  :  BANKRUPTCY NO. 24-12280-amc

**CERTIFICATION OF NO OBJECTION**

I, Roger V. Ashodian, counsel for the Debtor in the above-captioned matter, hereby certify that on February 12, 2025, I served notice of the Application for Award of Compensation for services in this case upon the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office. I further certify that, as of March 1, 2025, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

    REGIONAL BANKRUPTCY CENTER OF
    SOUTHEASTERN PA, P.C., by:

    _____
    Roger V. Ashodian
    Attorney ID #42586
    101 West Chester Pike, Suite 1A
    Havertown, PA  19083
    (610) 446-6800

    <u>Attorney for Debtor</u>