L.B.F. 2016-3A
**Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **BARRY J. ESTERMAN,** | : | **CHAPTER 13** |
| | : | |
| Debtor. | : | **BANKRUPTCY NO. 24-12280-amc** |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Regional Bankruptcy Center of Southeastern PA, P.C. applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on <u>July 2, 2024</u>.

3. The Debtors' annualized current monthly income as set forth on Form 122C-1 is:

   ____ above median (the amount on line 15 is not less than the amount on line 16).

   _x_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $$3,000.00 for providing the following services covered under a flat rate retainer agreement:

   a. analysis of the Debtors' financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

b. preparation and filing of the Voluntary Chapter 13 Petition, Schedules, Summaries, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income, and Chapter 13 Plan;

c. other customary services of counseling and representing the chapter 13 Debtor including: correspondence, telephone conversations and miscellaneous contact with creditors, the Trustee, attorneys, and other parties in interest;

d. consultation with the Debtor and preparation for the §341 Meeting of Creditors and confirmation hearing (although the §341 Meeting of Creditors was not held because the Debtor was unable to provide a copy of his latest tax return prior to the scheduled date);

e. reviewing all Proofs of Claim, Objections to Confirmation, and other documents filed by other parties in the case;

f. defending a Trustee's Motion to Dismiss; and

g. in representing the Debtors in connection with *[check applicable item(s)]*:

  __x__ cure of a residential mortgage default or other treatment of residential real property claims (including referral of the Debtor to a housing counseling agency for preparation of a loan modification application)

  ____ ownership and claims relating to other real property (*specify the number of properties and describe the issues*)

  ____ motor vehicle loans or leases

  __x__ state or federal tax claims

  ____ domestic support obligations

  ____ student loans

  __x__ an operating business

  ____ 20 or more creditors listed in Schedule F

  __x__ automatic stay litigation

  ____ other services (related to sale of Debtors' home)

(*see* detailed time records attached to this Application, marked as Exhibit "B")

6.  Applicant requests reimbursement of expenses in the amount of $__0.00__ for the following expenses: (Description of expenses)

7.       The debtor paid Applicant $_____0.00_____ prior to the filing of the petition, but paid $313.00 directly to the Bankruptcy Court for the filing fee.

8.       A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto, marked as Exhibit "A."

9.       None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $3,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses, with up to $3,000.00 to be disbursed to Regional Bankruptcy Center of Southeastern PA, P.C. by the Trustee from the Chapter 13 Plan payments made by the Debtor to the extent there are funds available.

                                                                                       REGIONAL BANKRUPTCY CENTER OF
                                                                                       SOUTHEASTERN PA, P.C., by:

Date:  February 12, 2025                                            _____
                                                                                       Roger V. Ashodian
                                                                                       Attorney ID #42586
                                                                                       101 West Chester Pike, Suite 1A
                                                                                       Havertown, PA  19083
                                                                                       (610) 446-6800

                                                                                       Attorney for Debtor

# Exhibit "A"

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern    District Of Pennsylvania

**In re**  BARRY JAY ESTERMAN

Case No. 24-12280-amc

**Debtor**

Chapter  13

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................. $ 3,000.00

   Prior to the filing of this statement I have received ...................... $     0.00

   Balance Due ............................................................ $ 3,000.00

2. The source of the compensation paid to me was:

   [x] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [x] Debtor      [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

```
d. Uncomplicated claim litigation with up to two creditors (there
will be an extra charge for filing additional objections to
creditor claims).

e. Representing the Debtor with respect to Trustee and up to two
creditor objections to confirmation of the Chapter 13 Plan (there
will be an extra charge for defending additional creditor
objections), and defending Trustee's Motions to Dismiss the case
prior to confirmation.
```

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

```
a. Filing and litigating, or defending any adversary complaints;
b. Defending the Debtor against any motion filed by a secured creditor to
lift the automatic stay against lien enforcement;
c. Resolving any protracted disputes with secured creditors concerning post-
petition payments;
d. Representing the Debtor in complex claim litigation;
e. Amending the bankruptcy schedules multiple times (there is no additional
charge -- other than filing fees -- for the first amendment to schedules);
f. Defending the Debtor against any complaint by the Trustee to avoid or to
recover any transfer of property made prior to filing the case;
g. Defending the Debtor against any complaint filed by the Trustee or any
other party in interest to deny the Debtor's discharge;
h. Defending the Debtor against any complaint filed by a creditor to except
itsdebt from discharge;
i. Prosecuting any complaint that the Debtor is obligated to file for a
determination that any indebtedness is dischargeable;
j. Appealing any order or judgment entered against the Debtor;
k. Assisting with loan modifications and other loss mitigation applications;
l. Prosecuting matters in other courts or prolonged and complex matters.
```

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date 08/12/2024

Signature of Attorney

Regional Bankruptcy Center of Southeastern PA, P.C.

Name of law firm

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

**BARRY J. ESTERMAN,** : **CHAPTER 13**
:
**Debtor.** : **BANKRUPTCY NO. 24-12280-amc**

**ORDER ALLOWING COMPENSATION**

AND NOW, upon consideration of the Application for Award of Compensation submitted by counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor is awarded $3,000.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to disburse funds on hand up to a maximum of $3,000.00 to Debtors' counsel from the Chapter 13 Plan payments which he has received on the Debtor's account (but shall have no liability for any amounts awarded above the funds paid by the Debtor less Trustee compensation), with the check to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: _____   _____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**BARRY J. ESTERMAN,**     :     CHAPTER 13
                                          :
       **Debtor.**     :     BANKRUPTCY NO. 24-12280-amc

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on February 12, 2025, a copy of the Application for Award of Compensation was served on the following parties by Court-generated ECF notice, and/or I served a copy by e-mail, as indicated below, to the following addresses:

| | |
|---|---|
| Kenneth E. West, Esquire<br>Chapter 13 Standing Trustee<br>Attention:  LeeAne O. Huggins, Esquire<br>1234 Market Street – Suite 1813<br>P.O. Box 40837<br>Philadelphia, PA  19107 | (ECF Notice; e-mail to lhuggins@ph13trustee.com) |
| Frederic J. Baker, Esquire<br>Sr. Assistant United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA  19107 | (ECF Notice; e-mail to ustpregion03.ph.ecf@usdoj.gov) |
| Barry J. Esterman<br>9164 Old Newtown Road<br>Philadelphia, PA  19115 | (E-mail) |

                                                         REGIONAL BANKRUPTCY CENTER OF
                                                         SOUTHEASTERN PA, P.C., by:

                                                         _____
                                                         Roger V. Ashodian
                                                         Attorney ID #42586
                                                         101 West Chester Pike, Suite 1A
                                                         Havertown, PA  19083
                                                         (610) 446-6800

                                                         <u>Attorney for Debtor</u>