IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**BARRY J. ESTERMAN,** : CHAPTER 13
:
   Debtor. : BANKRUPTCY NO. 24-12280-amc

**ORDER ALLOWING COMPENSATION**

AND NOW, upon consideration of the Application for Award of Compensation submitted by counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor is awarded $3,000.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to disburse funds on hand up to a maximum of $3,000.00 to Debtors' counsel from the Chapter 13 Plan payments which he has received on the Debtor's account (but shall have no liability for any amounts awarded above the funds paid by the Debtor less Trustee compensation), with the check to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: March 20, 2025

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE