United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12280-amc |
| Barry Jay Esterman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 21, 2025  Form ID: pdf900  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Jay Esterman, 9164 Old Newtown Road, Philadelphia, PA 19115-4937 |
| cr | + | First Age, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 22 2025 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor First Age  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

ROGER V. ASHODIAN
    on behalf of Debtor Barry Jay Esterman ecf@schollashodian.com

STEVEN K. EISENBERG
    on behalf of Creditor First Age  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

BARRY J. ESTERMAN,                      :    CHAPTER 13
                                        :
　　Debtor.                              :    BANKRUPTCY NO. 24-12280-amc

ORDER ALLOWING COMPENSATION

AND NOW, upon consideration of the Application for Award of Compensation submitted by counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor is awarded $3,000.00 as compensation for the firm's services in this case.  The Trustee is authorized and directed to disburse funds on hand up to a maximum of $3,000.00 to Debtors' counsel from the Chapter 13 Plan payments which he has received on the Debtor's account (but shall have no liability for any amounts awarded above the funds paid by the Debtor less Trustee compensation), with the check to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: __March 20, 2025__          _____
                                   HONORABLE ASHELY M. CHAN
                                   CHIEF U.S. BANKRUPTCY JUDGE